UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THEODORE PARISIENNE,

                    Plaintiff,

          v.                                                24 Civ. 4507 (DEH)

VOX MEDIA, LLC.,                                            **ORDER**

                    Defendant.

DALE E. HO, United States District Judge:

On **August 7, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **August 15, 2024,** at **11:00 a.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED**.  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: August 8, 2024
       New York, New York

_____
          DALE E. HO
     United States District Judge